# ATTACHMENT A



U.S. Department of Justice

United States Attorney
District of Maryland

Sean R. Delaney
Assistant United States Attorney
Sean.Delaney@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4913
MAIN: 410-209-4800
FAX: 410-962-3091

January 23, 2018

Leonard H. Bennett, Esq.
2938 Grendon Lane
Parkville, MD 21234

Re: Discovery Agreement in the Case of
United States v. Mahmood Shah
Criminal No. RDB-16-0430

Dear Mr. Bennett,

I write to set forth the conditions on which the Government is willing to make discovery in this case. Under Rule 16 of the Federal Rules of Criminal Procedure, discovery is to be given "upon request," and I understand that you do request discovery. Therefore, I also request discovery pursuant to Rule 16(b).

The Government will provide discovery pursuant to and as defined in Rule 16 on the following bases.

1. Jencks material as defined in 18 U.S.C. § 3500, along with related Giglio material such as witness' plea agreements, criminal convictions and prior inconsistent statements, will be provided no later than one week prior to trial. Brady material which is not otherwise included in the Rule 16, Jencks or Giglio material referred to above will be provided if and when discovered. Jencks material is defined for purposes of this agreement in accordance with the specific provisions of 18 U.S.C. § 3500. Jencks material is given on agreement that reciprocal Rule 26.2 material will be provided by you at the same time I provide Jencks material.

3. The government agrees that at the same time that it provides Rule 16 material, it will provide notice of the existence of alleged other crimes, wrongs or acts committed by your client pursuant to Rule 404(b) of the Federal Rules of Evidence, along with copies of all physical and documentary evidence believed by the government to fall within the ambit of Rule 404(b) that the government intends to introduce at trial in its case-in-chief. The government acknowledges its continuing duty to disclose Rule 404(b) evidence as it is recognized as such after the time period in which the government has provided Rule 16 material.

4. The government reserves the right to provide later notice of Rule 404(b) material if the government believes that disclosure of such information will pose a security risk to any

witness. As to any such witness, the government will disclose all <u>Jencks</u> material and all Rule 404(b) evidence at the same time.

5. All discovery is provided on the condition that counsel will not give copies of this material to the client or to anyone outside counsel's office, absent prior approval of this office. Counsel may of course review this material with the client at any time or place, and may provide copies to any expert consulted by the defense. If copies are provided to an expert, defense counsel must instruct the expert that further disclosure of the documents is prohibited absent prior approval of this office.

6. Should counsel file any routine motion with the Court which seeks discovery pursuant to Rule 16 or <u>Brady</u>, then this discovery agreement will be void, and the Government is not bound by any of the provisions herein. Specifically, <u>Jencks</u> and <u>Giglio</u> material may not be provided until the first day of trial if the defendant should file such a motion.

7. Should counsel file any motion with the Court which seeks material under the Jencks Act, then this agreement is void and <u>Jencks</u> and <u>Giglio</u> material may not be provided until the first day of trial.

8. The Government may be providing, as a courtesy, material which is not discoverable under Rule 16, <u>Jencks</u>, <u>Giglio</u> or <u>Brady</u>. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should never be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

10. Notwithstanding any contrary provision of this agreement, the United States reserves the right to withhold any discovery that would disclose the identity or location of a witness, if in the government's opinion the safety of any person would be compromised. If such circumstances occur, the government will notify you of the existence of an additional witness or witnesses whose identity is being withheld.

11. Please note that it is the policy of this Office that the government will not stipulate to a three level reduction in offense level pursuant to §3E1.1 of the United States Sentencing Guidelines unless the defendant has entered into a signed written plea agreement with the government on or before the date set for the filing of pretrial motions.

Please indicate your consent to this discovery agreement by signing and returning to me a copy of this letter. I urge you to call or write me with any questions that arise, as we may be able to resolve any questions without the filing of motions and responses with the Court.

Very truly yours,

Stephen M. Schenning
Acting United States Attorney

By: */s/ Sean R. Delaney*
Sean R. Delaney
Assistant United States Attorney

AGREED:

_____
Counsel for Defendant