USA

vs.

Mahmood Hussain Shah



**Criminal No. MJG 16-430-001**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 2/12/2018 | 2/12/2018 | Report of Paul Zhen |
| 2 | 2/12/2018 | 2/12/2018 | **SEALED** |
| 3 | 2/20/2018 | 2/20/2018 | Memo from MJG |
| 4 | 2/20/2018 | 2/20/2018 | Note from Jury |
| 5 | 2/20/2018 | 2/20/2018 | Memo from MJG |
| 6 | 2/20/2018 | 2/20/2018 | Note from Jury |

Exhibit List (Rev. 3/1999)

*Report of the Report* (handwritten annotation)

# Report of Paul Zhen

Paul Zhen reports that he has seven years' experience in the convenience store industry. He is currently Owner/ Operator of LNS Foods, a Baltimore Convenience Store located at 4601 Garrison Boulevard Baltimore 21215. He founded and established the entity and is intimately familiar with the startup, purchasing and inventory buying requirements. He also has and operates Credit Card, EBT, and WIC Electronic payment systems.

Mr. Zhen will review the video of the Transaction dated August 3, 2016 and give his professional opinion on the security lapses and systems failures. Mr. Zhen has outfitted his store with the State of the Art Security measure for convenience stores in High Crime areas . He will offer his opinion only on the adequacy of the security measures in "Corner Groceries" and contrast that with systems and precautions provided in his store and the rationale behind them.

Mr. Zhen will also testify to the daily workings of a convenience store and its clerks.

Dated: February 12, 2018

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2018 FEB 21 PM 12: 05 CLERK'S OFFICE AT BALTIMORE BY_____ DEPUTY

# SEALED DOCUMENT

# Court Exhibit #2

TO: THE JURY



# MEMORANDUM

| CHAMBERS OF | UNITED STATES DISTRICT COURT |
|---|---|
| HON. MARVIN J. GARBIS | DISTRICT OF MARYLAND |
| UNITED STATES DISTRICT JUDGE | 101 W. LOMBARD STREET |
| | BALTIMORE, MARYLAND  21201 |

February 20, 2018

We wish to accommodate your scheduling desires to the extent possible. You have the following options:

- You may expect to reach a verdict sufficiently soon (i.e by 5:00 or 5:30) and wish to continue to deliberate while we wait.

- You may decide to adjourn at 5:00 or 5:30 (or another time of your selection) and return tomorrow at a specified time - I suggest 9:30 - to continue deliberations.

- You may have some other desire.

It is important for us to know your scheduling desires as early as possible. Accordingly, please let me have your response promptly so that we can do our best to accommodate you.

_____
Marvin J. Garbis
United States District Judge

Court Exh #3

**CASE NUMBER**: MJG 16-430-001
**CASE NAME**: USA v MAHMOOD HUSSAIN SHAH

We feel that we are close to reaching a verdict (i.e. by 5 or 5:30). We wish to continue deliberating, and are willing to stay until 6 if absolutely necessary.

JUROR NUMBER: Juror Number. 10

DATE: Date 2/20/18
TIME: Time. 4:25 PM

For Court Use Only:
Recv'd by: _____  DATE: _____  TIME: _____
Court Exhibit #: 4

Jury Note (Rev. 2/2009)

TO: THE JURY

# MEMORANDUM



CHAMBERS OF
HON. MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE
TELE: 410-962-7700
FAX: 410-962-0896
EMAIL: JUDGE_GARBIS@MDD.USCOURTS.GOV

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND   21201

February 20, 2018

I have your response and can accommodate your desire. We will wait for further word from you.

Thank you for your diligent efforts.

                                Marvin J. Garbis
                          United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 FEB 21 PM 12: 05
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

Court Exh #5

CASE NUMBER: MJG 16-430-001
CASE NAME: USA v MAHMOOD HUSSAIN SHAH

We have a verdict

JUROR NUMBER: Juror Number. 10

DATE: Date 2/20/18
TIME: Time. 5:18 pm

For Court Use Only:
Recv'd by: _____ DATE: 2-20-18    TIME: 5:18 p
Court Exhibit #: 6

Jury Note (Rev. 2/2009)