IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIMINAL NO. MJG-16-430 |
| | * | |
| MAHMOOD SHAH | * | |
| | * | |
| | * | |
| | * | |
| | ******* | |



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 FEB 21  PM 12: 04
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| | | | |
| | **Wojtkonski Exhibits:** | FEB 12 2018 | |
| 1 | Generic Food Stamp Independence Card | FEB 12 2018 | |
| 2 | Listing of Store Size Classifications | FEB 12 2018 | |
| 3 | Picture of Corner Grocery | FEB 12 2018 | |
| 4.1 | Map of Location of Corner Grocery Wide | FEB 12 2018 | |
| 4.2 | Map of Location of Corner Grocery Intermediate | FEB 12 2018 | |
| 4.3 | Map of Location of Corner Grocery and stores within half mile | FEB 12 2018 | |
| 5.1 | Corner Grocery FNS Form 252 | FEB 12 2018 | |
| 5.2 | Corner Grocery FNS Form 252 Associated Documents | FEB 12 2018 | |
| 6 | Shahkhan, Inc. Articles of Incorporation | FEB 12 2018 | |
| 7 | Bank of America Account ********4799 Signature Card | FEB 12 2018 | |
| 8 | Corner Grocery Retailer Agreement EBT Program | FEB 12 2018 | |
| 9.1 | "Legitimate" Food Stamp Transaction Chart | FEB 12 2018 | |
| 9.2 | "Legitimate v. Fraudulent" chart | FEB 12 2018 | |
| 10 | 5 Twelve Food Mart FNS Form 252 and Associated Documentation | | |
| 11 | Harford Citgo DBA RNA Gas FNS Form 252 and Associated Documentation | FEB 16 2018 | |
| 12.1 | 2009 Form 1120S for Shah Khan, Inc. | FEB 12 2018 | |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| 12.2 | 2009 Schedule K-1 for Shah Khan, Inc. showing Mahmood Shah as 100% owner | FEB 1 2 2018 | |
| 12.3 | 2010 Form 1120S for Shah Khan, Inc. | FEB 1 2 2018 | |
| 12.4 | 2010 Schedule K-1 for Shah Khan, Inc. showing Mahmood Shah as 100% owner | FEB 1 2 2018 | |
| 12.5 | 2011 Form 1120S for Shah Khan, Inc. | FEB 1 2 2018 | |
| 12.6 | 2012 Form 1120S for Shah Khan, Inc. | FEB 1 2 2018 | |
| 12.7 | 2014 Form 1120S for Shah Khan, Inc. | FEB 1 2 2018 | |
| 12.8 | IRS Certificate of Lack of Record for 2013, 2015, 2016 Forms 1120S for Shah Khan, Inc. | FEB 1 2 2018 | |
| 12.9 | 2010 Form 1040 for Mahmood Shah | FEB 1 6 2018 | |
| 12.10 | 2011 Form 1040 for Mahmood Shah | | |
| 12.11 | 2012 Form 1040 for Mahmood Shah | | |
| 12.12 | 2013 Form 1040 for Mahmood Shah | | |
| 12.13 | 2014 Form 1040 for Mahmood Shah | | |
| 12.14 | 2015 Form 1040 for Mahmood Shah | | |
| | | | |
| | **Wojtkonski Charts** | | |
| 13.1 | Corner Grocery Total EBT Redemptions for Years 2011 thorugh 2017 | FEB 1 2 2018 | |
| 13.2 | Corner Grocery versus State of Maryland Food Stamp Transactions | FEB 1 2 2018 | |
| 13.3 | Corner Grocery versus Baltimore City Food Stamp Transactions | FEB 1 2 2018 | |
| 13.4 | Corner Grocery Second Purchase Over $40 and Within Two Minutes | FEB 1 2 2018 | |
| 13.5 | Corner Grocery Two or More Transactions Done in 24 Hours | FEB 1 2 2018 | |
| 13.6 | Corner Grocery 90% of Benefits Removed in One Day | FEB 1 2 2018 | |
| 13.7 | All Corner Grocery Transactions – October 2010 – August 2016 | FEB 1 2 2018 | |
| 13.8 | All Corner Grocery Transactions – January 2016 | FEB 1 3 2018 | |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| | **September 11, 2012 Transaction** | | |
| 14.1 | Disc of Videos – 9/11/2012 transaction | | FEB 12 2018 |
| 14.2 | Screenshot store (9/11/2012) | | FEB 12 2018 |
| 14.3 | Screenshot Rafiq (9/11/2012) | | FEB 12 2018 |
| 14.4 | Receipt (9/11/2012) | | FEB 12 2018 |
| 14.5 | July 2013 FNS Notice sent to Corner Grocery | | FEB 12 2018 |
| | | | |
| | **February 10, 2015 Transaction** | | |
| 15.1 | Disc of Videos – 2/10/2012 transaction | | FEB 12 2018 |
| 15.2 | Screenshot Store, 2/10/2015 | | FEB 12 2018 |
| 15.3 | Screenshot Rafiq, 2/10/2015 | | FEB 12 2018 |
| 15.4 | Screenshot Cash, 2/10/2015 | | FEB 12 2018 |
| 15.5 | Receipt (2/10/2015) | | FEB 12 2018 |
| | | | |
| | **March 13, 2015 Transaction** | | |
| 16.1 | Disc of Videos – 3/13/2015 transaction | | FEB 12 2018 |
| 16.2 | Screenshot Store, 3/13/2015 | | FEB 12 2018 |
| 16.3 | Screenshot Rafiq, 3/13/2015 | | FEB 12 2018 |
| 16.4 | Screenshot Cash, 3/13/2015 | | FEB 12 2018 |
| 16.5 | Receipt (3/13/2015) | | FEB 12 2018 |
| | | | |
| | **April 14, 2015 Transaction** | | |
| 17.1 | Disc of Video – 4/14/2015 unsuccessful transaction | | FEB 13 2018 |
| 17.2 | Screenshot Store, 4/14/2015 | | FEB 13 2018 |
| | | | |
| | **May 15, 2015 Transaction** | | |
| 18.1 | Disc of Videos – 5/15/2015 transaction (food stamps for cash) | | FEB 13 2018 |
| 18.2 | Screenshot Store 5/15/2015 | | FEB 13 2018 |
| 18.3 | Screenshot Rafiq, 5/15/2015 | | FEB 13 2018 |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| 18.4 | Screenshot Rafiq, 5/15/2015 | FEB 13 2018 | |
| 18.5 | Receipt (5/15/2015) | FEB 13 2018 | |
| | | | |
| | **July 9, 2015 Transaction** | | |
| 19.1 | Disc of Videos – 7/9/2015 transaction (food stamps for cash) | FEB 13 2018 | |
| 19.2 | Screenshot Store, 7/9/2015 | FEB 13 2018 | |
| 19.3 | Screenshot Rafiq, 7/9/2015 | FEB 13 2018 | |
| 19.4 | Receipt, 7/9/2015 | FEB 13 2018 | |
| | | | |
| | **October 19, 2015 Transaction** | | |
| 20.1 | Disc of Videos–10/19/15 transaction (food stamps for cash) | FEB 13 2018 | |
| 20.2 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.3 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.4 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.5 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.6 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.7 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.8 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.9 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.10 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.11 | Screenshot, 10/19/2015 | FEB 13 2018 | |
| 20.12 | Receipt, 10/19/2015 | FEB 13 2018 | |
| | | | |
| | **August 3, 2016 Transaction** | | |
| 21.1 | Disc of Videos – 8/3/2016 transaction (food stamps for cash) | FEB 14 2018 | |
| 21.2 | Screenshot Store, 8/3/2016 | FEB 14 2018 | |
| 21.3 | Screenshot, 8/3/2016 | FEB 14 2018 | |
| 21.4 | Screenshot, 8/3/2016 | FEB 14 2018 | |
| 21.5 | Screenshot, 8/3/2016 | FEB 14 2018 | |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| 21.6 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.7 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.8 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.9 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.10 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.11 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.12 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.13 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.14 | Screenshot, 8/3/2016 | | FEB 14 2018 |
| 21.15 | Receipt, 8/3/2016 | | FEB 13 2018 |
| | | | |
| | **Customer Exhibits:** | | |
| 22.1 | Dewayne Ballard EPPIC Customer Information | | FEB 13 2018 |
| 22.2 | Dewayne Ballard Corner Grocery Food Stamp Transactions October 2010 – August 2016 (no transactions) | | FEB 13 2018 |
| | | | |
| 23.1 | Ronshay Chisolm EPPIC Customer Information | | FEB 13 2018 |
| 23.2 | Ronshay Chisolm All Food Stamp Transactions – October 2010 – August 2016 | | FEB 13 2018 |
| 23.3 | Ronshay Chisolm Corner Grocery Food Stamp Transactions October 2010 – August 2016 | | FEB 13 2018 |
| 23.4 | Ronshay Chisolm Map | | FEB 13 2018 |
| | | | |
| 24.1 | Johnny Clayton EPPIC Customer Information | | FEB 13 2018 |
| 24.2 | Johnny Clayton All Food Stamp Transactions – October 2010 – August 2016 | | FEB 13 2018 |
| 24.3 | Johnny Clayton Corner Grocery Food Stamp Transactions October 2010 – August 2016 | | FEB 13 2018 |
| 24.4 | Johnny Clayton Map | | FEB 13 2018 |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| 25.1 | Charles Edwards EPPIC Customer Information | FEB 13 2018 | |
| 25.2 | Charles Edwards All Food Stamp Transactions – October 2010 – August 2016 | FEB 13 2018 | |
| 25.3 | Charles Edwards Corner Grocery Food Stamp Transactions October 2010 – August 2016 | FEB 13 2018 | |
| 25.4 | Charles Edwards Map | FEB 13 2018 | |
| | | | |
| 26.1 | Jocelyn Jones EPPIC Customer Information | FEB 13 2018 | |
| 26.2 | Jocelyn Jones All Food Stamp Transactions – October 2010 – August 2016 | FEB 13 2018 | |
| 26.3 | Jocelyn Jones Corner Grocery Food Stamp Transactions October 2010 – August 2016 | FEB 13 2018 | |
| 26.4 | Jocelyn Jones Map | FEB 13 2018 | |
| | | | |
| 27.1 | Calandra Thomas EPPIC Customer Information | FEB 13 2018 | |
| 27.2 | Calandra Thomas All Food Stamp Transactions – October 2010 – August 2016 | FEB 13 2018 | |
| 27.3 | Calandra Thomas Corner Grocery Food Stamp Transactions October 2010 – August 2016 | FEB 13 2018 | |
| 27.4 | Calandra Thomas Map | FEB 13 2018 | |
| | | | |
| | **Gordills Exhibits:** | | |
| 28.1 | 7/12/2011 Receipt | FEB 13 2018 | |
| 28.2 | 7/13/2011 Receipt | FEB 13 2018 | |
| 28.3 | 7/14/2011 Receipts | FEB 13 2018 | |
| 28.4 | 7/14/2011 Gordills Yellow Slip | FEB 13 2018 | |
| 28.5 | 7/19/2011 Receipt | FEB 13 2018 | |
| 28.6 | 7/19/2011 Yellow Slip | FEB 13 2018 | |
| 28.7 | Cash Photocopy, 7/14/11 & 7/19/11 | FEB 13 2018 | |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| | **Surveillance** | | |
| 29.1 | Surveillance Photo 12/15/15 – Shah at Sam's | FEB 15 2018 | |
| 29.2 | Surveillance Photo 12/15/15 – Shah at Corner Grocery | FEB 15 2018 | |
| 29.3 | Surveillance Photo 12/15/15 – Shah at Corner Grocery | FEB 15 2018 | |
| 29.4 | Surveillance Photo 12/15/15 – Shah at Corner Grocery | FEB 15 2018 | |
| 29.5 | Surveillance Photo 12/15/15 – Shah at Corner Grocery | FEB 15 2018 | |
| | | | |
| 30.1 | Surveillance Photo, April 18, 2016 - Rogue Driving | FEB 15 2018 | |
| 30.2 | Surveillance Photo, April 18, 2016 - B. Green Cash & Carry | FEB 15 2018 | |
| 30.3 | Surveillance Photo, April 18, 2016 - Shah at car | FEB 15 2018 | |
| 30.4 | Surveillance Photo, April 18, 2016 - Shah Loading Merchandise at B. Green | FEB 15 2018 | |
| 30.5 | Surveillance Photo, April 18, 2016 - Shah Outside Corner Grocery | FEB 15 2018 | |
| | | | |
| | **Search of Store:** | | |
| 31.1 | Photo Outside of Store | FEB 15 2018 | |
| 31.2 | Photo Inside Store – front to back | FEB 15 2018 | |
| 31.3 | Photo Inside Store – back to front | FEB 15 2018 | |
| 31.4 | Photo of Room A | FEB 12 2018 | |
| 31.5 | Photo of Room A | FEB 15 2018 | |
| 31.6 | Photo of Room A – register area | FEB 12 2018 | |
| 31.7 | Photo of Room A – register area, bottom drawer visible | FEB 15 2018 | |
| 31.8 | Photo of Room A – register area, cash under counter | FEB 15 2018 | |
| 31.9 | Photo of Room A – POS machine | FEB 15 2018 | |
| 31.10 | Photo of Room A  - documents in corner | FEB 15 2018 | |
| 31.11 | Photo of Room C | FEB 15 2018 | |
| 31.12 | Photos of Room C – box on shelf | FEB 15 2018 | |
| 32.1 | Point of Sale Machine | FEB 12 2018 | |
| 32.2 | Lease | FEB 15 2018 | |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| 32.3 | Sale Agreement | FEB 15 2018 | |
| 32.4 | BGE Bill | FEB 15 2018 | |
| 32.5 | Rafiq Chapter 13 document | FEB 15 2018 | |
| 32.6 | USDA Letter dated July 26, 2013 | FEB 15 2018 | |
| | | | |
| 33 | Empty | | |
| 34 | Empty | | |
| | | | |
| | **Shah Statement:** | | |
| 35.1 | Video Recording of Mahmood Shah Interview, 8/30/2016 (approximately 33 minutes) | FEB 15 2018 | |
| 35.2 | Miranda Waiver Form – Mahmood Shah | FEB 15 2018 | |
| 35.3 | Transcript of Mahmood Shah Interview, 8/30/2016 | | |
| | | | |
| | **Muhammad Malik:** | | |
| 36.1 | Draft 2013 Form 1120S for Shah Khan, Inc. | FEB 16 2018 | |
| 36.2 | Handwritten notes | | |
| 36.3 | Draft 2015 Form 1120S for Shah Khan, Inc. | FEB 16 2018 | |
| 36.4 | Forms 1099-K from ACS State and Local Solutions and Xerox State and Local Solutions for tax years 2011, 2012, 2014, 2015, 2016 | FEB 16 2018 | |
| 36.5 | Forms 1099-K from Cynergy Data c/o Merchant Services for tax years 2011, 2012, 2014, 2015, 2016 | FEB 16 2018 | |
| 36.6 | 2016 Form 1099-K from TSYS Merchant Solutions | FEB 16 2018 | |

| Exhibit No. | Description | ID | Admit |
|---|---|---|---|
| | **Muhammad Rafiq:** | | |
| 37.1 | Muhammad Rafiq Plea Agreement and Factual Stipulation | | |
| 37.2 | Muhammad Rafiq Sealed Supplement | | |
| | | | |
| | **Banking & Purchasing Exhibits (Zhana Johnson)** | | |
| 39 | Zhana Johnson CV | | |
| 40 | Bank of America Records - 4799 | | FEB 15 2018 |
| 40.1 | Signature Card - 4799 | | FEB 15 2018 |
| 40.2 | Detail Summary Spreadsheet | | FEB 15 2018 |
| 40.3 | Deposits Pie Chart Summary | | FEB 15 2018 |
| 40.4 | Deposits By Year Bar Graph | | FEB 15 2018 |
| 40.5 | Disbursements Pie Chart Summary | | FEB 15 2018 |
| 40.6 | Disbursements By Year Bar Graph | | FEB 15 2018 |
| 40.7 | Personal Expenses Summary | | FEB 15 2018 |
| 40.8 | Food Stamp Redemptions v. Cash, By Year | | FEB 15 2018 |
| 40.9 | ATM images | | FEB 15 2018 |
| 41.1 | Empty | | |
| 41.2 | Gross Profit Analysis - Vendor Summary Table | | FEB 15 2018 |
| 41.3 | Gross Profit Analysis (All Vendor Purchases) | | FEB 15 2018 |
| 41.4 | Gross Profit Analysis (Eligible Purchases Only) | | FEB 15 2018 |
| 41.5 | *RMA 2013-214 Annual Statement – ID Only* | FEB 15 2018 | |
| 41.6 | *RMA 2016-17 – ID Only* | FEB 15 2018 | |
| 42 | Chart: Vendor Purchases v Cost of Good Sold | | FEB 15 2018 |
| | | | |
| 43 | Horseshoe Casino Records | | FEB 16 2018 |
| ~~44~~ | ~~Maryland Live Casino~~ | | |
| 44.1 *44.2* | Shah's Maryland Live Player Records | | FEB 15/2018 |
| 45 | B. Green Cash & Carry Milk Sign | | FEB 15 2018 |
| 46 | Co Defendants Statements | | FEB 14 2018 |
| 50.1 – 50.6 | Transaction detail Reports | | FEB 14 2018 |

9