IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States                          *

                                       *

  v.                                           Case No. MJG-16-0430

Mahmood Hussain Shah                   *

                                       *

EXHIBITS: Defendant

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Receipt of Items Seized In Home |
| 2 | | | EBT Replacement Packing Slip- Retrieve |
| 3 | | | EBT Replacement Packing Slip- Deploy |
| 4 | | | Screenshot-Mr. Shah Smoking |
| 5 | | | Screenshot- Undercover Store Entry |
| 6 | | | Screenshot- Interaction |
| 7 | | | Screenshot- Mr. Shah Observation |
| 8 | | | Screenshot-CI HYW11020 |
| 9 | | | Screenshot- Mr. Shah Sales |
| 10 | | | Screenshot-Undercover Dealer |
| 11 | FEB 13 2018 | FEB 13 2018 | Screenshot- Mr.Shah Done |
| 12 | | | Mr.Shah at Interview |
| 13 | | | Mr. Shah Hands over |
| 14 | | | Mr.Shah Enters Booth |
| 15 | | | Mr. Shah Looking out |
| 16 | | | Order of satisfaction from Mayor and City Council |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov