IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USA
      **Plaintiff**      \*

      vs.      \*    Case No.: MJG 16-430-0015

Mahmood Hussain Shah    \*
      **Defendant**
             \*

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **PLAINTIFF'S EXHIBITS** | **DEFENDANT'S EXHIBITS** |
|---|---|
| All Exhibits | N/A |
| | |
| | |
| All Plaintiff's exhibits returned: _____ | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date: February 20, 2018

Counsel for Government:
Sean Delaney & Paul Budlow
_/s/_

Counsel for Defendant(s):
Leonard Bennett

Date: February 20, 2018

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits