## Delaney, Sean (USAMD)

**From:** Leonard Bennett <lbennettesq@gmail.com>
**Sent:** Tuesday, December 19, 2017 10:55 AM
**To:** Delaney, Sean (USAMD)
**Subject:** Discovery Us vs. Shah 16-0430

Hi Sean;

With respect to my discovery requests, I wanted to let you know what I already have.

1.)(10) Ten DVD's marked  E 01 thru E 010

2) Receipt For Surrender of Passport

3.)  Presentence investigation report

4.) US Department of Justice plea agreement

5.) US probation pretrial services memo June 23, 2017

6.)  Memo from US probation pretrial services February 28, 2017

7.)  Application for warrant to seize property

8.) Subject to forfeiture of September 2, 20 16

9.) Affidavit in support of application for searching and seizure warrant September 2, 2016

10.) Application for search warrant case number: 162174 and 162175 September 2, 2016

11.) Seized asset claim form

12.) Discovery agreement letter October 17, 20 16

13.)  Judgment in criminal case May 11, 2017

14.)  Indictment

15.) Income tax records

16.) Food purchase record records

Other than this, please provide anything else requested ,which might be supplemental to this, including your witness list.

Thanks,


--
L. H. Bennett. Esq.
(PA License # 59108)



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Aaron Simcha Jon Zelinsky*
*Assistant United States Attorney*
*Aaron.Zelinsky@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4985*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

November 4, 2016

<u>VIA U.S. MAIL</u>

Stephen R Tully
Seigel Tully and Furrer, LLC
501 Fairmount Avenue
Suite 100
Towson, MD 21286
sherry.doenges@stflawyers.com

David J Preller, Jr
Preller, Preller & Paliath
307 W. Pennsylvania Ave.
Towson, MD 21204
office@prellerlaw.com

Re:   *United States v. Muhammad Rafiq and Mahmood Hussain Shah*
<u>Criminal No.</u>   RDB-16-0430
Discovery 2 – E10

Dear Counsel:

Pursuant to the discovery agreement in the above-captioned case, enclosed please find one disc numbered E10, containing the following:

| CD/DVD# | Description |
|---|---|
| E10 | Protected by password "**16Crim0-4-3-0**", content includes a fully searchable PDF document with the following bates range:<br>• Search Warrants   SW-000001 – 000051<br>SAG16-1274-1276 |

*Please note that the foregoing materials are of a private nature containing personal information which the government and all parties have a responsibility to protect from unneeded disclosure. Consequently, the foregoing materials are being provided to you on the condition that they not to be copied, except for use by counsel, and that no copy will be provided to any defendant or to anyone outside counsel's office, absent prior approval by the government.*

Thank you. Please contact me with any questions.

Very truly yours,

Rod J. Rosenstein
United States Attorney

_____/s/_____
Aaron S.J. Zelinsky
Assistant United States Attorney

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 465-BA-6239485

On (date) 08/30/2016

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) CORNER GROCERY

(Street Address) 1242 DARLEY AVE

(City) BALTIMORE, MD 21218

Description of Item(s): ① Activision Video system S/N: 08111570300073 ② Banking records ③ Statements + Documents ④ 2 Independence cards ⑤ Banking records + journals w/ notes ⑥ Bank statements + Financial documents ⑦ Verifone POS S/N: 214 935 473 w/ powercord

Received By: _____ (Signature)

Received From: NO ONE AVAILABLE (Signature)

Printed Name/Title: _____

Printed Name/Title: _____