

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Sean R. Delaney*  *Suite 400*  *DIRECT: 410-209-4913*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Sean.Delaney@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-3091*

January 8, 2018

<u>VIA U.S. MAIL</u>

Leonard H Bennett
L Bennett and Associates
325 Chestnut St. Ste. 800
Philadelphia, PA 19106


Re:   *United States v. Mahmood Hussain Shah*
      <u>Criminal No.</u>  MJG-16-0430
      Discovery 3 – E11

Dear Counsel:

Enclosed please find one disc labeled E11, containing the following:

| CD/DVD# | Description |
|---|---|
| **E11** | Protected by password "**16Crim4-3-0**" content includes fully searchable PDF documents with the following bates ranges:<br><br>• Miscellaneous   M-000171 – 000172<br>• Reports<br>  o FBI-302   R-302-000103 – 000233<br>  o Surveillance   R-S-000196 – 000207<br>• Subpoena Responses<br>  o Baltimore City Health Department   S-BCHD-000001 – 000011<br>  o B Green & CO   S-BGC-000001<br>  o Bill Matrix   S-BM-000001 – 000002<br>  o Bank of America   S-BOA-003205 – 003570<br>  o Bureau of Revenue Collections   S-BRC-000001 – 000002<br>  o Canada Dry   S-CD-000001 – 000013<br>  o Chesapeake Employers Insurance   S-CEI-000001 – 000038<br>  o Experian   S-EXP-000006 – 000009<br>  o Geico   S-G-000001 – 000140<br>  o George J. Flater Co.   S-GJF-000001 – 000014<br>  o Horseshoe Casino   S-HC-000093 – 000106<br>  o Home Properties   S-HP-000001 – 000301<br>  o MoneyGram   S-M-000001 – 000008<br>  o Mercedes-Benz   S-MB-000001 – 000010 |

- 
  - 
    - o  Maryland Live! Casino     S-MLC-000058 – 000069
    - o  Nationwide     S-N-000001 – 000239
    - o  Nancy Grigsby     S-NG-000001 – 000105
    - o  Nissan Motor Credit Union     S-NM-000001 – 000015
    - o  Office of the Fire Marshal     S-OFM-000001 – 000007
    - o  Pepsi     S-P-000001 – 000006
    - o  Remax     S-R-000001 – 000078
    - o  Swartz and Sons     S-SS-000001 – 000006
    - o  Toyota Motor Credit Union     S-TMCU-000001 – 000014
    - o  TransUnion     S-TU-000007 – 000013
    - o  WL Petrey Wholesale     S-WL-000001 – 000044
    - o  Walmart     S-WM-000130 – 000133
    - o  Western Union     S-WU-000001 – 000002
  - Tax Documents     TAX-000001 – 000497
  - Native Files
    - o  Bank of America—Please see the letters included in folder for the  password to access the programs

*Please note that the foregoing materials are of a private nature containing personal information which the government and all parties have a responsibility to protect from unneeded disclosure.  Consequently*, *the foregoing materials are being provided to you on the condition that they not to be copied, except for use by counsel, and that no copy will be provided to any defendant or to anyone outside counsel's office, absent prior approval by the government.*

Thank you.  Please contact me with any questions.

Very truly yours,

Rod J. Rosenstein
United States Attorney

_____/s/_____
Sean R. Delaney
Assistant United States Attorney

FD-597 (Rev. 4-13-2015)                                                                                          Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 46J-BA-6239485

On (date) 08/30/2016

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) CORNER GROCERY
(Street Address) 1242 DARLEY AVE
(City) BALTIMORE, MD 21218

Description of Item(s): ① Activision Video system s/n: 081157030073 ② Banking records ③ Statements + Documents ④ 2 Independence cards ⑤ Banking records + journals w/ notes ⑥ Bank statements + Financial documents ⑦ Verifone POS s/n: 214 435 473 w/ powercord

Received By: _____ (Signature) 8/30/16

Received From: NO ONE AVAILABLE (Signature)

Printed Name/Title: _____          Printed Name/Title: _____

R-302-000105
MJG-16-0430

R-302-000202
MJG-16-0430

A

08.30.2016 06:15