**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHMOOD HUSSAIN SHAH,<br><br>Defendant. | CRIMINAL NO. CCB-16-430 |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE AN EXHIBIT AS AN VIDEO FILE**

The United States of America, by and through its undersigned attorney, moves this Honorable Court for leave to file video files that have already been submitted as an exhibit so that the Court will have the benefit of watching the recordings.

          Respectfully submitted,

          ROBERT K. HUR
          UNITED STATES ATTORNEY


By: _____/s/_____
          Sean R. Delaney
          Assistant United States Attorney


So Ordered this ____ day of December 2018.

          _____
          Catherine C. Blake
          United States District Judge