UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHMOOD HUSSAIN SHAH,<br><br>Defendant. | CRIMINAL NO. CCB-16-430 |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE AN EXHIBIT AS AN VIDEO FILE

The United States of America, by and through its undersigned attorney, moves this Honorable Court for leave to file video files that have already been submitted as an exhibit so that the Court will have the benefit of watching the recordings.

Respectfully submitted,

ROBERT K. HUR
UNITED STATES ATTORNEY

By: _____/s/_____
Sean R. Delaney
Assistant United States Attorney

So Ordered this 26 day of December 2018.

_____
Catherine C. Blake
United States District Judge