Please indicate your consent to this discovery agreement by signing and returning to me a copy of this letter. I urge you to call or write me with any questions that arise, as we may be able to resolve any questions without the filing of motions and responses with the Court.

Very truly yours,

Stephen M. Schenning
Acting United States Attorney

By: /s/ Sean R. Delaney
Sean R. Delaney
Assistant United States Attorney

AGREED:

Counsel for Defendant