## UNITED STATES OF AMERICA

### vs.

## MAHMOOD HUSSAIN SHAH

**Criminal No. CCB-16-0430**                    **Government Sentencing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 1/18/19 | 1/18/19 | Email |
| 2 | 1/18/19 | 1/18/19 | Picture (Cash) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)